**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

THERMON ARRINGTON

                                                                                                                                **PLAINTIFF**

vs.                                                                 CIVIL ACTION NO. 3:13-CV-1080-HTW-LRA

ARTHUR SMITH AND
ATTORNEY GENERAL OF THE
STATE OF MISSISSIPPI                                                      **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The petition for Writ of Habeas Corpus is dismissed with prejudice.

      **SO ORDERED AND ADJUDGED, this the 29th day of October, 2014.**

                                                                   s/ HENRY T. WINGATE
                                                                   UNITED STATES DISTRICT JUDGE